UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-196-GW(SSx) | Date | December 8, 2015 |
|---|---|---|---|
| Title | *Desiree Henriquez, et al. v. The City of Bell, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 4, 2015, the parties filed a Joint Notice of Settlement. The Court sets an Order to Show Cause Hearing Re: Settlement for January 28, 2016 at 8:30 a.m. The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on January 27, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG