JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE HENRIQUEZ, et al., | Case No. CV 14-196-GW(SSx) |
| Plaintiffs, | [Assigned to Hon. George H. Wu] |
| v. | **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL** |
| THE CITY OF BELL, et al., | |
| Defendants. | |

The Joint Stipulation of Plaintiffs Desiree Henriquez and Joseph Henriquez, through their counsel of record, Sonia Mercado, R. Samuel Paz and Ronald Kaye and Defendants City of Bell, Bell Police Department, Chief Anthony Miranda, Officers Jonathan Walker, Kurt M. Owens, Bill McCullah, and Sergeant Jose Jimenez, through their counsel of record, Glen E. Tucker, having come before this Court, and good cause appearing

///

///

1

IT IS HEREBY ORDERED

That this entire action be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs, except as otherwise set forth in the parties' settlement agreement and release.

Dated: February 12, 2016

_____
GEORGE H. WU, U.S. District Judge

2